EZELL, Judge.
For the reasons set forth in the companion consolidated case hereto, Biglane v. Bd. of Commissioners, Fifth Louisiana Levee Dist., et al. , 18-100 (La.App. 3 Cir. ___/___/18), --- So.3d ----, the April 24, 2017 and June 19, 2017 judgments of the Seventh Judicial District Court in favor of James Biglane and Charlotte Biglane Nobile *203 against the Fifth Louisiana Levee District are reversed. All costs of this appeal are assessed against the James Biglane and Charlotte Biglane Nobile.
APRIL 24, 2017 JUDGMENT REVERSED AND RENDERED; JUNE 19, 2017 JUDGMENT REVERSED.